BROWER v. KILLENS

No. 322PA96

Case below: 122 N.C. App. 685

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 5 September 1996.

BROWN v. BOOKER

No. 23P96

Case below: 121 N.C. App. 366

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 September 1996.

CAROLINA BEVERAGE CORP. v. COCA-COLA BOTTLING CO.

No. 259P96

Case below: 122 N.C. App. 398

Petition by defendant (Coca-Cola Bottling Co. Affiliated, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

CATES v. N.C. DEPT. OF JUSTICE

No. 111PA96

Case below: 121 N.C. App. 243

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 5 September 1996.

CITY OF FAYETTEVILLE v. M. M. FOWLER, INC.

No. 284P96

Case below: 122 N.C. App. 478

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.